FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:20mj03681 Goodman - 3CBU

UNITED STATES OF AMERICA

vs.

KAMARI MAURICE GRAHAM,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes  X  No

                      Respectfully submitted,

                      ARIANA FAJARDO ORSHAN
                      UNITED STATES ATTORNEY

BY: _____
                      Joshua Paster
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      99 NE 4th Street
                      Court ID No. A5502616
                      Miami, Florida 33132-2111
                      Telephone: (305) 961-9342
                      Facsimile: (305) 536-4089
                      Email: Joshua.Paster@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>KAMARI MAURICE GRAHAM,<br><br>Defendant(s) | )<br>)<br>)   Case No.   1:20mj03681 Goodman - 3CBU<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   September 5, 2020   in the county of   Miami-Dade   in the
Southern   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Possession of fifteen (15) or more unauthorized access devices |
| 18 U.S.C. § 1028A(a)(1) | Aggravated identity theft |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Kenneth Sealy, USSS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
FaceTime (specify reliable electronic means).

Date: 9/23/2020

*Judge's signature*

City and state:   Miami, Florida     U.S. Magistrate Jonathan Goodman
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenneth Sealy, being duly sworn, attest and affirm the following:

1. I am a Detective with the Aventura Police Department, and have been so employed for approximately sixteen years. I currently am assigned as a Task Force Officer ("TFO") with the United States Secret Service. Furthermore, I graduated from Broward Institute of Public Safety Florida Law Enforcement Basic Recruit Academy, and have conducted many investigations involving counterfeit access devices and aggravated identity theft. As a TFO, I am responsible for conducting criminal investigations into violations of the criminal statutes contained in Title 18 of the United States Code. I also am authorized to apply for and execute arrest warrants for offenses enumerated in Title 18 of the United States Code and to execute search warrants. I have received extensive training into the investigation of check fraud, bank fraud, access-device fraud, and identity theft. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

2. This Affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint charging KAMARI MAURICE GRAHAM ("GRAHAM") with (i) possession of fifteen (15) or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3); and (ii) aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

3. The information in this Affidavit is based upon my personal involvement in this investigation, as well as from information learned from other law-enforcement agents, investigators, witnesses, and documents. This Affidavit does not represent every fact known about this investigation, but is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint.

## PROBABLE CAUSE

4. The federal government provides unemployment insurance ("UI") benefits for qualified people who are unable to work. State employment offices administer the UI system for the federal government. In California, the agency responsible for oversite is the California Employment Development Department ("EDD"). The U.S. Department of Labor funds all substantive and administrative costs for EDD.

5. A person can receive UI benefits by completing an online application using their personal identification information ("PII") (*i.e.*, name, social security number, and date of birth, etc.). A UI-benefits claimant can file for weekly benefits by certifying online that the claimant is unemployed and eligible for such benefits.

6. On March 27, 2020, Congress passed the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and the President signed the CARES Act into law. The CARES Act included an economic relief package in excess of $2 trillion, which Congress designed to help the American people during the public health and economic crises related to the COVID-19 pandemic. The CARES Act provides for three new types of unemployment benefits:

   a. The Pandemic Unemployment Assistance ("PUA") program is a separate benefit program designed to cover many people who do not qualify for regular unemployment during the COVID-19 pandemic. This includes self-employed individuals, independent contractors, and part-time workers affected by COVID-19;

   b. The Pandemic Emergency Unemployment Compensation ("PEUC") program is an extension of regular unemployment benefits that offers unemployment benefits up to 13-weeks beyond what is available from regular unemployment benefits. The CARES Act made these PEUC benefits available between March 29, 2020, and December 26, 2020; and

c. The Federal Pandemic Unemployment Compensation ("FPUC") program provided an extra $600 per week on top of the regular or PUA unemployment benefits between March 29, 2020, and July 25, 2020. The FPUC is available for everyone on regular unemployment or PUA, except those receiving training benefits.

7. On September 5, 2020, in Aventura, Florida, local law-enforcement officers observed a gray Dodge Challenger with illegally tinted windows, in violation of Florida Uniformed Traffic Code. Local law enforcement initiated a traffic stop by activating their lights and sirens. The traffic stop was recorded by dash cameras.

8. Once the vehicle came to a complete stop, the officers observed the driver, who later was identified as KAMARI MAURICE GRAHAM, and the passenger, who later was identified as "T.J.", switching seats.

9. Two law-enforcement officers approached the vehicle. T.J. asked the officer who approached the driver's side if she could step out of the vehicle. The officer said she could. Once T.J. stepped out of the vehicle, she said, among other things, she was on probation, GRAHAM's license was suspended, and GRAHAM asked her to switch seats because of that suspended license.

10. A second law-enforcement officer approached GRAHAM on the passenger side of the vehicle. The officer asked GRAHAM for his driver license, and GRAHAM said it was suspended. At that point, the officer asked GRAHAM to step out of the vehicle and move to the vehicle's rear. The officer again asked GRAHAM for his license, and GRAHAM said it was in a bag in the vehicle.

11. The local law-enforcement officer attempted to locate GRAHAM's identification in the car. Seeing no bag, the officer checked the center console. In the center console, the officer observed a black and gray Louis Vuitton wallet, as well as several stacks of U.S currency, and several Bank of America ATM withdrawal receipts. At no point did GRAHAM object to the officer

looking for the wallet in the vehicle. The local law-enforcement officer opened the wallet in an attempt to locate GRAHAM's driver's license and observed multiple Bank of America EDD cards[1] in various names, including one embossed in the name of a victim with the initials "J.G." Based on the officers' training and experience, they were aware that the Bank of America EDD cards commonly are linked to UI fraud. Therefore, the officers contacted your affiant, who then responded to the scene.

12. I conducted an on-scene post-Miranda recorded interview of T.J., who again admitted to switching positions in the car with GRAHAM due to his license being suspended. T.J. also advised me that GRAHAM began to stuff items into her purse as law enforcement was pulling them over. After asking T.J. for consent to inspect her purse, I located a folded up sheet of paper containing the PII of seven (7) individuals. Prior to being read his Miranda rights on scene, GRAHAM declined to speak with me.

13. Law enforcement took GRAHAM's name and date of birth and verified that there were multiple suspensions on his license. GRAHAM was taken into state custody for driving on a suspended license with knowledge, which is a criminal violation in the state of Florida.[2] I directed the vehicle to be sealed pending a search warrant and seized GRAHAM's phone, which was on his person, pending a search warrant. GRAHAM's vehicle was sealed and towed to Aventura Police Department's secure garage pending a state search warrant.

14. A state search warrant was obtained and executed on GRAHAM's vehicle by local law enforcement. During the search of the vehicle, law enforcement recovered seven (7) Bank of

---

[1] Bank of America EDD cards are issued primarily by the State of California unemployment agency for the receipt of unemployment insurance benefits.

[2] Fla. Stat. § 322.34(2).

America EDD Visa debit cards all in different names, which were located in GRAHAM's Louis Vuitton wallet. Local law enforcement also found $6,960.00 in U.S currency with seven (7) Bank of America ATM receipts, which was located in the vehicle's armrest. The receipts showed that the recovered EDD Visa debit cards recently had been used to conduct $1,000.00 withdrawal transactions on each Visa debit card in Broward County, Florida on September 5, 2020. Local law enforcement subsequently verified that each of the recovered EDD Visa debit cards had received direct deposits as a result of fraudulent unemployment insurance benefits claims to the state of California.

15. Local law enforcement executed a state search warrant on GRAHAM's cellular phone. A preliminary examination of the phone revealed multiple text messages discussing filing fraudulent unemployment claims in various states. Law enforcement also viewed pictures and screenshots of unemployment applications being filed using victims' PII. Law enforcement also viewed several text messages in which GRAHAM was exchanging PII with various other co-conspirators and discussing addresses to have the debit cards mailed to. GRAHAM's phone contains PII, including social security numbers of over 15 unique individuals.

16. Law enforcement confirmed that victim "P.C." resides in Miami-Dade County, has never applied for unemployment benefits in California, and did not authorize GRAHAM to use his PII or file an unemployment application on his behalf.

[Remainder of Page Intentionally Left Blank]

17. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that GRAHAM did (i) knowingly and with intent to defraud possess fifteen (15) or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3); and (ii) commit aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT,

_____
KENNETH SEALY, TASK FORCE OFFICER
UNITED STATES SECRET SERVICE

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
via FaceTime this 23rd day of September 2020.

_____
HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE